| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Marvel, L Paige | 2. Court or Organization United States Tax Court | 3. Date of Report 08/13/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address UNITED STATES TAX COURT 400 SECOND STREET, N.W. WASHINGTON, D.C. 20217 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Partnership #1 |
| 2. | Custodian | 529 Acct. #4 |
| 3. | Trustee | REH Irrevocable Trust |
| 4. | Trustee | LHH Revocable Trust |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 20

**Name of Person Reporting**

Marvel, L Paige

**Date of Report**

08/13/2017

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Maryland State Retirement Agency distribution (457 Plan) |
| 2. | 2016 | National Financial Services (Fidelity Investments) distribution |
| 3. | 2016 | Fidelity IRA distribution |
| 4. | 2016 | RBC IRA distribution |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Tax Section | 05/05/2016 - 05/08/2016 | Washington, DC | Speak at and attend ABA Tax Section May Meeting | Registration, Meal and Reception Tickets (no travel or lodging expenses) |
| 2. | New York University (NYU) | 06/22/2016 - 06/24/2016 | New York City, NY | Speak at NYU Tax Controversy Forum | Travel, Lodging, Food |
| 3. | California Bar Tax Section | 10/26/2016 - 10/28/2016 | San Diego, CA | Speak at and attend Annual Tax Conference | Travel, Lodging, Food |
| 4. | ABA Tax Section | 09/29/2016 - 10/02/2016 | Boston, MA | Speak at and attend ABA Tax Section Fall Meeting | Registration, Meal and Reception Tickets (Travel, Lodging & remaining Food reimbursed by the Court) |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Washington University in St. Louis | Tuition Payment Plan Loan | K |
| 2. | U.S. Dept. of Education | Student Loans | J |
| 3. | Washington University in St. Louis | Student Loans | J |
| 4. | Emory University | Student Loans | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 33% pship. interest, Margaret's Landing Partnership | | None | K | W | | | | | |
| 2. USAA Subscribers Savings Account | B | Distribution | J | T | | | | | |
| 3. USAA Fed. Savings Bank Accts. #1 | A | Interest | J | T | | | | | |
| 4. USAA Fed. Savings Bank Accts. #2 | A | Interest | J | T | | | | | |
| 5. M&T Bank accts. #1 | A | Interest | J | T | | | | | |
| 6. M&T Bank accts. #2 | A | Interest | J | T | | | | | |
| 7. T. Rowe Price Acct. (H): | | | | | | | | | |
| 8. -Growth Stock Fund | | None | | | Closed | 10/19/16 | L | | |
| 9. -Maryland Bond Fund | A | Dividend | | | Closed | 10/19/16 | J | | |
| 10. RBC Brokerage Acct. (H): | | | | | | | | | |
| 11. -Shares, Adient PLC | | None | J | T | Spinoff (from line 18) | 10/31/16 | J | | |
| 12. -Shares, AT&T Inc. | A | Dividend | J | T | | | | | |
| 13. -Common, Bristol Myers Squibb Co. | A | Dividend | K | T | | | | | |
| 14. -Common, Centerpoint Energy Inc. | A | Dividend | J | T | | | | | |
| 15. -Common, Exxon Mobil Corp | C | Dividend | L | T | | | | | |
| 16. -Common, Fresenius Med Care Aktiengesellschaft ADR | A | Dividend | K | T | | | | | |
| 17. -Common, General Electric Co. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Shares, Johnson Controls Intl. PLC | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 19. -Shares, Mallinckrodt PLC | | None | J | T | | | | | |
| 20. -Common, Medtronic PLC | A | Dividend | K | T | Sold (part) | 03/23/16 | J | | |
| 21. -Shares, Pentair PLC | A | Dividend | J | T | | | | | |
| 22. -Common, Pfizer Inc. | A | Dividend | J | T | | | | | |
| 23. -Shares, PNC Financial Services Group, Inc. | A | Dividend | J | T | | | | | |
| 24. -Shares, TE Connectivity Ltd. | A | Dividend | K | T | | | | | |
| 25. -Shares, Tyco Intl PLC | | None | | | Sold | 03/23/16 | J | | |
| 26. -Shares, UDR Inc. | B | Dividend | K | T | | | | | |
| 27. -Shares, Verizon Communications | A | Dividend | J | T | | | | | |
| 28. -Shares, U.S. Govt. Money Mkt. Fund RBC Reserve Class | A | Dividend | J | T | Sold (part) | 02/29/16 | J | | |
| 29. | | | | | Sold (part) | 03/28/16 | J | | |
| 30. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 31. | | | | | Sold (part) | 03/31/16 | J | | |
| 32. | | | | | Sold (part) | 04/08/16 | J | | |
| 33. | | | | | Sold (part) | 04/29/16 | J | | |
| 34. | | | | | Sold (part) | 06/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 36. | | | | | Sold (part) | 08/29/16 | J | | |
| 37. | | | | | Sold (part) | 09/19/16 | J | | |
| 38. | | | | | Sold (part) | 09/26/16 | J | | |
| 39. | | | | | Sold (part) | 09/30/16 | J | | |
| 40. | | | | | Sold (part) | 10/26/16 | J | | |
| 41. | | | | | Sold (part) | 11/30/16 | J | | |
| 42. | | | | | Sold (part) | 12/29/16 | J | | |
| 43. Fidelity Taxable Account (H) | | | | | | | | | |
| 44. -T Rowe Price Growth Stock Fund | | | L | T | Open | 10/19/16 | L | | |
| 45. | | | | | Sold (part) | 11/10/16 | J | C | |
| 46. -T Rowe Price State Tax Free Inc. MD | | | J | T | Open | 10/19/16 | J | | |
| 47. -Fidelity Government Money Market Fund | | | J | T | Open | 10/19/16 | J | | |
| 48. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 49. | | | | | Redeemed (part) | 11/21/16 | J | | |
| 50. Fidelity Brokerage Rollover IRA (H): | | | | | | | | | |
| 51. -Fidelity 500 Index Premium Class (formerly Spartan) | B | Distribution | L | T | Sold (part) | 09/15/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/09/16 | J | C | |
| 53. -Fidelity Strategic Real Return | A | Distribution | J | T | | | | | |
| 54. -Fidelity Contrafund | C | Distribution | L | T | Sold (part) | 05/10/16 | J | C | |
| 55. | | | | | Sold (part) | 11/09/16 | J | C | |
| 56. -Fidelity Equity Income | D | Distribution | L | T | Sold (part) | 10/19/16 | J | A | |
| 57. -Fidelity New Millenium | A | Distribution | K | T | | | | | |
| 58. -Fidelity Low Priced Stock | C | Distribution | M | T | Sold (part) | 05/10/16 | J | C | |
| 59. -Fidelity Select Biotechnology | C | Distribution | L | T | | | | | |
| 60. -Fairholme Fund | B | Distribution | K | T | | | | | |
| 61. -Oakmark Select | A | Distribution | K | T | | | | | |
| 62. -Permanent Portfolio | A | Distribution | J | T | | | | | |
| 63. -T Rowe Price Health Sciences | C | Distribution | L | T | Open | 10/24/16 | L | | |
| 64. -T Rowe Price Cap Appreciation | C | Distribution | L | T | Open | 11/01/16 | L | | |
| 65. -T Rowe Price Equity Income | C | Distribution | L | T | Open | 10/24/16 | L | | |
| 66. -T Rowe Price Equity Index 500 Fund | B | Distribution | L | T | Open | 10/24/16 | L | | |
| 67. -T Rowe Price Intl Discovery Fund | B | Distribution | L | T | Open | 10/24/16 | L | | |
| 68. -T Rowe Price New Asia | A | Distribution | K | T | Open | 10/24/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -T Rowe Price Emerging Markets Stock | A | Distribution | K | T | Open | 10/24/16 | K | | |
| 70. -T Rowe Price New Horizons FD Inc | A | Distribution | K | T | Open | 10/24/16 | K | | |
| 71. -T Rowe Price Science & Technology | A | Distribution | J | T | Open | 10/24/16 | J | | |
| 72. -T Rowe Price Small Cap Value Fund | A | Distribution | K | T | Open | 10/24/16 | K | | |
| 73. -T Rowe Price Mid Cap Value | A | Distribution | K | T | Open | 10/24/16 | K | | |
| 74. -Wasatch Ultra Growth | B | Distribution | J | T | | | | | |
| 75. -Wasatch International Growth | A | Distribution | K | T | | | | | |
| 76. -Fidelity New Markets Income | B | Distribution | K | T | | | | | |
| 77. -Fidelity GNMA Fund | A | Distribution | K | T | | | | | |
| 78. -Fidelity Total Bond | B | Distribution | L | T | | | | | |
| 79. -Fidelity Government Income | A | Distribution | J | T | | | | | |
| 80. -Loomis Sayles Bond Retail | A | Distribution | K | T | | | | | |
| 81. -Pimco Real Return Class D | A | Distribution | J | T | | | | | |
| 82. -T Rowe Price High Yield Bond | B | Distribution | K | T | Open | 10/24/16 | K | | |
| 83. -T Rowe Price GNMA | A | Distribution | J | T | Open | 10/24/16 | J | | |
| 84. -T Rowe Price Emerging Markets Fund | B | Distribution | K | T | Open | 10/24/16 | K | | |
| 85. -T Rowe Price US Treas Intermediate | A | Distribution | K | T | Open | 10/24/16 | K | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard Inflation Protected Secs Inv | B | Dividend | K | T | | | | | |
| 87. -First Trust Chindia ETF | A | Dividend | J | T | | | | | |
| 88. -IShares MSCI Singapore Capped ETF | A | Dividend | J | T | | | | | |
| 89. -Wisdomtree TR Emerging MKTS High | A | Dividend | J | T | | | | | |
| 90. -JPMorgan Chase & Co Alerian MLP Index | A | Interest | J | T | | | | | |
| 91. -Common, Novocure LTD | | None | J | T | | | | | |
| 92. -Common, Seaspan Corp. | A | Dividend | J | T | | | | | |
| 93. -Shares, Berkshire Hathaway Inc. CL B | | None | K | T | | | | | |
| 94. -Shares, Dell Technologies Inc. Com CL V | | None | J | T | Open | 09/07/16 | J | | |
| 95. -Shares, Eco Science Solutions Inc Com | | None | | | Buy | 12/13/16 | J | | |
| 96. | | | | | Sold | 12/21/16 | J | A | |
| 97. -Shares, EMC Corp Mass | A | Dividend | | | Merged (with line 94) | 09/07/16 | J | | |
| 98. -Shares, Goldman Sachs Group Inc. | A | Dividend | K | T | | | | | |
| 99. -Common, Intrexon Corp. | | None | J | T | | | | | |
| 100. -Common, Ziopharm Oncology | | None | | | Sold | 12/12/16 | J | | |
| 101. -Shares, Federal Realty Invst Tr. Sh. Ben. Int. | A | Dividend | J | T | | | | | |
| 102. -Shares, Kimco Realty Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Fidelity Cash Reserves | A | Dividend | L | T | Sold (part) | 01/08/16 | J | | |
| 104. | | | | | Sold (part) | 02/12/16 | J | | |
| 105. | | | | | Sold (part) | 03/14/16 | J | | |
| 106. | | | | | Sold (part) | 04/06/16 | J | | |
| 107. | | | | | Buy (add'l) | 05/11/16 | J | | |
| 108. | | | | | Sold (part) | 08/09/16 | J | | |
| 109. | | | | | Buy (add'l) | 09/07/16 | J | | |
| 110. | | | | | Buy (add'l) | 09/16/16 | J | | |
| 111. | | | | | Sold (part) | 09/19/16 | J | | |
| 112. | | | | | Buy (add'l) | 10/20/16 | J | | |
| 113. | | | | | Sold (part) | 10/24/16 | J | | |
| 114. | | | | | Buy (add'l) | 10/27/16 | K | | |
| 115. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 116.  T.RowePrice Rollover IRA (H): | | | | | | | | | |
| 117.  -T. Rowe Price Capital Appreciation | | None | | | Closed | 11/01/16 | L | | |
| 118.  -Rowe Price Emerging Markets Stock | A | Dividend | | | Closed | 10/24/16 | L | | |
| 119.  -Rowe Price Equity Income | B | Dividend | | | Redeemed (part) | 06/06/16 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Closed | 10/24/16 | L | | |
| 121. -Rowe Price Equity Index 500 | A | Dividend | | | Closed | 10/24/16 | L | | |
| 122. -Rowe Price Health Sciences | | None | | | Closed | 10/24/16 | L | | |
| 123. -Rowe Price International Discovery | A | Distribution | | | Redeemed (part) | 06/13/16 | J | C | |
| 124. | | | | | Closed | 10/24/16 | L | | |
| 125. -Rowe Price Mid-Cap Value | | None | | | Closed | 10/24/16 | K | | |
| 126. -Rowe Price New Asia | | None | | | Closed | 10/24/16 | K | | |
| 127. -Rowe Price New Horizons | | None | | | Closed | 10/24/16 | K | | |
| 128. -Rowe Price Science & Technology | | None | | | Closed | 10/24/16 | J | | |
| 129. -Rowe Price Small-Cap Value | | None | | | Closed | 10/24/16 | K | | |
| 130. - Rowe Price Emerging Markets Bond | A | Dividend | | | Closed | 10/24/16 | K | | |
| 131. -Rowe GNMA | A | Dividend | | | Closed | 10/24/16 | J | | |
| 132. -Rowe High Yield | A | Dividend | | | Closed | 10/24/16 | K | | |
| 133. -Rowe US Treasury Intermediate | A | Dividend | | | Closed | 10/24/16 | K | | |
| 134. -T Rowe Price Government Money | A | Dividend | | | Open | 08/01/16 | K | | |
| 135. | | | | | Redeemed | 10/27/16 | K | | |
| 136. -Rowe Prime Reserve | A | Dividend | | | Buy (add'l) | 06/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 06/13/16 | J | | |
| 138. | | | | | Redeemed (part) | 06/13/16 | J | | |
| 139. | | | | | Closed | 10/24/16 | J | | |
| 140.  Fidelity Traditional IRA Acct. (H): | | | | | | | | | |
| 141.  -Shares, CNOOC Limited ADS EACH REP 100 ORD HKDO 02 | A | Dividend | J | T | | | | | |
| 142.  -Common, Berkshire Hathaway | | None | L | T | Sold (part) | 04/05/16 | J | D | |
| 143.  -Shares, Seaspan Corporation | A | Dividend | J | T | | | | | |
| 144.  -Common, Intrexon Corp. | | None | J | T | | | | | |
| 145.  -Common, Ziopharm Oncology Inc. | | None | | | Sold | 12/12/16 | J | | |
| 146.  -Dreyfus Opportunisti Midcap Value CL A Fund | B | Distribution | K | T | | | | | |
| 147.  -Teton Westwood Mighty Mites FD | B | Distribution | K | T | | | | | |
| 148.  -Fidelity Cash Reserves | A | Dividend | J | T | Buy (add'l) | 04/05/16 | J | | |
| 149. | | | | | Redeemed (part) | 10/19/16 | J | | |
| 150.  RBC IRA Acct. (H): | | | | | | | | | |
| 151.  -Ishares Tr Nasdaq Biotech Index Fund | A | Dividend | J | T | | | | | |
| 152.  -Powershares QQQ Trust Unit Ser. 1 | A | Dividend | J | T | | | | | |
| 153.  RBC Roth IRA (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -ETF Managers Trust Purefunds ISE Cyber Sec. (Factorshares rename | | | | | Sold | 08/08/16 | J | | |
| 155. Vanguard Rollover IRA (H): | | | | | | | | | |
| 156. -Shares, Convertible Securities | A | Dividend | K | T | | | | | |
| 157. -Shares, Dividend Growth Fund | C | Distribution | M | T | | | | | |
| 158. -Shares, Wellesley Income Fund | C | Distribution | L | T | | | | | |
| 159. RBC Joint Brokerage Acct. (H): | | | | | | | | | |
| 160. -Common, Apple, Inc. | A | Dividend | K | T | | | | | |
| 161. -Common, Walt Disney Co. | A | Dividend | K | T | | | | | |
| 162. -Common, Tesla Motors Inc. | | None | J | T | | | | | |
| 163. -US Govt. Money Market Fund RBC Reserve Class | A | Dividend | J | T | | | | | |
| 164. USAA Investment Acct. (H): | | | | | | | | | |
| 165. -USAA Value Fund | A | Distribution | J | T | | | | | |
| 166. RBC IRA/A Acct. (H): | | | | | | | | | |
| 167. -Shares, Advent Claymore Conv Sec & Income Fund | B | Dividend | J | T | | | | | |
| 168. -Shares, Alps ETF Tr Alerian MLP | B | Dividend | J | T | | | | | |
| 169. -Common, Amgen Inc. | A | Dividend | J | T | | | | | |
| 170. -Shares, BCE Inc. New | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Shares, Blackrock Global Energy and Resources Trust | A | Dividend | J | T | | | | | |
| 172. -ETF Managers Trust Purefunds ISE Cyber Sec (Factorshares renamed) | A | Dividend | K | T | | | | | |
| 173. -Note, Citigroup Inc. 6.875% SER K DEP SHS REPSTG 1/1000TH INT | B | Int./Div. | K | T | | | | | |
| 174. -Shares, Doubleline Opportunistic Credit Fund | B | Int./Div. | K | T | | | | | |
| 175. -Shares, First Trust Preferred Securities & Income ETF | B | Dividend | K | T | | | | | |
| 176. -Shares, Eaton Vance Tax Advantaged Dividend Income Fund | B | Dividend | K | T | | | | | |
| 177. -Common, General Electric Co. | A | Dividend | K | T | | | | | |
| 178. -Shares, IShares International Select Dividend ETF | B | Dividend | K | T | | | | | |
| 179. Shares, Kinder Morgan Inc. | A | Dividend | | | Sold | 04/05/16 | J | | |
| 180. -Note, Lowes Cos. Inc., Due 9/15/17, 6.1% | A | Interest | K | T | | | | | |
| 181. -Shares, MFS Value Fund A | B | Distribution | L | T | | | | | |
| 182. -Common, Microsoft Corp. | A | Dividend | K | T | | | | | |
| 183. -Shares, Novartis A G ADR | A | Dividend | K | T | | | | | |
| 184. -Common, Pepsico Incorporated | A | Dividend | K | T | | | | | |
| 185. -Common, Sysco Corporation | A | Dividend | K | T | | | | | |
| 186. -Common, Under Armour Inc. CL A | | None | J | T | | | | | |
| 187. -Common, Under Armour Inc. CL C | A | Distribution | J | T | Spinoff (from line 186) | 04/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Shares, Vanguard Intl. Eq. Index FDS Emerg. Markets Fund | A | Dividend | K | T | | | | | |
| 189.  -Shares, Vanguard Sector Index FDS - Vanguard Industrials ETF | A | Dividend | K | T | | | | | |
| 190.  -Shares, Vanguard Sect.Index FDS Information Technology ETF | A | Dividend | L | T | | | | | |
| 191.  -Common, Verizon Communications | A | Dividend | K | T | | | | | |
| 192.  -Shares Victory Portfolios Munder Growth Opportunities FD C | | None | J | T | | | | | |
| 193.  -Common, Welltower Inc. (formerly Health Care REIT Inc.) | B | Dividend | K | T | | | | | |
| 194.  -Shares, US Govt. Money Market Fund (RBC) | A | Dividend | L | T | Redeemed (part) | 03/28/16 | J | | |
| 195. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 196. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 197. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 198.  RBC IRA/B Acct. (H): | | | | | | | | | |
| 199.  -Common, AT&T Inc. | B | Dividend | K | T | | | | | |
| 200.  -Common, Bristol Meyers Squibb Co. | A | Dividend | K | T | | | | | |
| 201.  -Shares, Cohen & Steers Infrastructure Fund Inc. | C | Dividend | K | T | | | | | |
| 202.  -Common, Eli Lilly & Co. | A | Dividend | K | T | | | | | |
| 203.  -Shares, Gabelli Dividend & Inc Trust | B | Dividend | K | T | | | | | |
| 204.  Shares, Gabelli Global Small & Mid Cap Value Tr Com | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Common, General Mills, Inc. | A | Dividend | K | T | | | | | |
| 206. -Common, Gladstone Commercial Corporation | B | Dividend | K | T | | | | | |
| 207. -Common, Johnson & Johnson | A | Dividend | K | T | | | | | |
| 208. -Common, Kinder Morgan Inc. | A | Dividend | | | Sold | 04/05/16 | J | | |
| 209. -Shares, Pembina Pipeline Corp. | A | Distribution | K | T | | | | | |
| 210. -Shares, Pimco Dynamic Income Fund | C | Dividend | K | T | | | | | |
| 211. -Common, Under Armour Inc. CL A | | None | J | T | | | | | |
| 212. -Common, Under Armour Inc. CL C | | None | J | T | Spinoff (from line 211) | 04/08/16 | J | | |
| 213. -Shares, Vanguard World Funds- Vanguard Health Care ETF | A | Dividend | L | T | | | | | |
| 214. -Shares, Vanguard REIT ETF | A | Dividend | K | T | | | | | |
| 215. -Shares Victory Portfolios Munder Growth Opportunities A | | None | J | T | | | | | |
| 216. -Shares, US Govt. Money Market Fund RBC Reserve Class | A | Dividend | L | T | Buy (add'l) | 04/08/16 | J | | |
| 217. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 218. Rollover IRA - USAA FSB (H): | | | | | | | | | |
| 219. -Shares, USAA Value Fund | A | Distribution | J | T | | | | | |
| 220. Vanguard Investment Acct. (H): | | | | | | | | | |
| 221. -Shares, Inflation-Protect Sec Inv. | A | Dividend | | | Redeemed | 10/10/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Shares, Balanced Index Fund | A | Dividend | J | T | | | | | |
| 223. -Shares, Prime Money Mkt. Fund | A | Dividend | J | T | Redeemed (part) | 01/04/16 | J | | |
| 224. -Shares, Small-Cap Value Fund | A | Dividend | J | T | | | | | |
| 225. -Shares, U.S. Growth Fund | | None | | | Redeemed | 10/10/16 | J | | |
| 226. -Shares, IShares Technology ETF | A | Dividend | J | T | | | | | |
| 227. ▨ No. 1 RBC Acct. (H): | | | | | | | | | |
| 228. -Shares, Berkshire Hathaway CL B Inc. | | None | K | T | | | | | |
| 229. ▨.No. 2 RBC Acct. (H): | | | | | | | | | |
| 230. -Shares, Berkshire Hathaway CL B Inc. | | None | K | T | | | | | |
| 231. 529 Acct. - Vanguard (▨ 1): Income Fund | A | Dividend | J | T | | | | | |
| 232. REH Irrevocable Trust (H): | | | | | | | | | |
| 233. - Fidelity Inherited IRA (H): | | | | | | | | | |
| 234. --Shares, Fidelity Focused Stock Fund | A | Dividend | | | Sold | 12/13/16 | J | C | |
| 235. --Shares, Fidelity Low Priced Stock Fund | B | Dividend | K | T | Sold (part) | 12/13/16 | K | C | |
| 236. --Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 237. -Promissory Note from Vicki A. Marvel, 6% | | None | K | T | | | | | |
| 238. -M&T Money Market Acct. | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  LHH Revocable Trust (H):: | | | | | | | | | |
| 240.  -Fidelity Roth IRA (H): | | | | | | | | | |
| 241.  --Shares, Fidelity Contrafund | A | Distribution | K | T | | | | | |
| 242.  --Share, Fidelity Focused Stock Fund | A | Dividend | J | T | | | | | |
| 243.  --Shares, Fidelity Select Biotechnology | A | Dividend | J | T | | | | | |
| 244.  -M&T Money Market Acct. | A | Interest | M | T | | | | | |
| 245.  -TIC Fidelity Trust Acct (H).: | | | | | | | | | |
| 246.  --Shares, Fidelity Municipal Inc. | A | Dividend | K | T | | | | | |
| 247.  --Shares, Fidelity Government Income | A | Dividend | J | T | | | | | |
| 248.  --Shares, Fidelity Intermediate Muni Income | A | Dividend | J | T | | | | | |
| 249.  --Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 250.  -Bank of Oklahoma (BOO) Checking Acct. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2016 Report, lines 7-9 and 43-49 : [        ] closed [  ] T. Rowe Price taxable account (lines 7-9) and transferred the mutual fund holdings to a newly opened Fidelity taxable account, which is listed at lines 43-49. The shares in the mutual funds were not sold but transferred from T. Rowe Price to Fidelity. I have tried to describe these events accurately but, because there is no "transfer" action listed on the drop down menu, I showed the mutual funds in the T. Rowe Price account as "Closed" and the same accounts at Fidelity as "Open".

2016 Report, lines 50-115 and 116-136: During 2016, [        ] also rolled over [  ] T. Rowe Price retirement accounts to Fidelity. The T. Rowe Price retirement accounts and related holdings before the rollover are shown on the 2016 Report at lines 116-136 and are now characterized as "Closed". The same holdings are now shown as part of [        ] Fidelity Brokerage Rollover IRA account, reported at lines 50-115. The T. Rowe Price mutual funds are shown as "Open" as of the date they were rolled over and received by Fidelity.

2016 Report, lines 134-135: This mutual fund investment appeared out of the blue. I have tried to find the relevant purchase information but thus far, I have not found it. I reported this investment as of the date it first appeared on the monthly statement. When [        ] rolled over the investments in this account to Fidelity, this particular investment was liquidated and the cash generated from the sale was transferred to Fidelity on 10/27/16.

2016 Report, lines 154, 172: The investments listed as "Factorshares Trust Purefunds ISE Cyber Security ETF" on my 2015 Amended Report were renamed and are now reported as "ETF Managers Trust Purefunds ISE Cyber Security".

2016 Report, part VII: For certain investments paying both capital gains distributions and dividends, the income has been aggregated and shown as distributions to simplify reporting. All dividends and capital gain distributions are reinvested.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ L Paige Marvel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544